1  Laurence D. King (SBN 206423)
   lking@kaplanfox.com
2  KAPLAN FOX & KILSHEIMER LLP
   350 Sansome Street, Suite 400
3  San Francisco, CA 94104
   Telephone: 415-772-4700
4  Facsimile: 415-772-4707

5  Local Counsel for Plaintiff

6  Karen H. Riebel
   khriebel@locklaw.com
7  Elizabeth R. Odette
   erodette@locklaw.com
8  LOCKRIDGE GRINDAL NAUEN, P.L.L.P
9  100 Washington Avenue, Suite 2200
   Minneapolis, MN 55402
10 Tel.: 612-339-6900
   Fax: 612-339-0981
11
12 Additional Attorneys on signature page

E-filing

MHP

13              UNITED STATES DISTRICT COURT
14              NORTHERN DISTRICT OF CALIFORNIA
15
16 EUGENE L. HAMMER, on behalf of himself    ) Case No.: CV-07-5825
   and all others similarly situated,        )
17                                           ) **CERTIFICATION OF INTERESTED**
                  Plaintiff,                 ) **ENTITIES OR PERSONS**
18                                           )
19       vs.                                 )
                                             )
20 BIGBAND NETWORKS, INC., AMIR              )
   BASSAN-ESKENAZI, FREDERICK A.             )
21 BALL, RAN OZ, LLOYD CARNEY, DEAN          )
   GILBERT, KEN GOLDMAN, GAL                 )
22 ISRAELY, BRUCE SACHS, ROBERT              )
   SACHS, and GEOFFREY YANG,                 )
23                Defendants.                )
24 ─────────────────────────────
25
26
27
28
   CERTIFICATION OF INTERESTED ENTITIES OR PERSONS



1 | Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the
2 | named parties, there is no such interest to report.

4 | DATED: November 15, 2007

*[signature]*

Laurence D. King (SBN 206423)
lking@kaplanfox.com
KAPLAN FOX & KILSHEIMER LLP
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: 415-772-4700
Facsimile: 415-772-4707

Local Counsel for Plaintiff

Karen H. Riebel
khriebel@locklaw.com
Elizabeth R. Odette
erodette@locklaw.com
LOCKRIDGE GRINDAL NAUEN P.L.L.P
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981

Jayne Goldstein
MAGER & GOLDSTEIN LLP
1640 Town Center Circle, Suite 216
Weston, FL 33326
Telephone: 954-515-0123
Facsimile: 954-515-0124

Carolyn G. Anderson
ZIMMERMAN REED, P.L.L.P.
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402
Telephone : (612) 341-0400
Facsimile: (612) 341-0844

1
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

| | |
|---|---|
| 1 | Joel Strauss |
| | jstrauss@kaplanfox.com |
| 2 | Jeffrey Campisi |
| | jcampisi@kaplanfox.com |
| 3 | KAPLAN FOX & KILSHEIMER LLP |
| | 850 Third Avenue, 14th Floor |
| 4 | New York, NY 10022 |
| | Telephone: 212-687-1980 |
| 5 | Facsimile: 212-687-7714 |

Attorneys for Plaintiff

2
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS