KEITH E. EGGLETON, State Bar No. 159842
RODNEY G. STRICKLAND, State Bar No. 161934
JONI OSTLER, State Bar No. 230009
FREEDA Y. LUGO, State Bar No. 244913
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
E-mail: keggleton@wsgr.com
E-mail: rstrickland@wsgr.com
E-mail: jostler@wsgr.com
E-mail: flugo@wsgr.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE L. HAMMER, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BIGBAND NETWORKS, INC., AMIR BASSAN-EZKENAZI, RAN OZ, FREDERICK A. BALL, RAN OZ, LLOYD CARNEY, DEAN GILBERT, KEN GOLDMAN, GAL ISRAELY, BRUCE I. SACHS, ROBERT J. SACHS and GEOFFREY Y. YANG,<br><br>Defendants. | CASE NO.: 07-5825-MHP<br><br>**DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>(F.R.Civ.P. 7.1)<br>(N.D.L.R. 3-16) |

**DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned certifies that (1) BigBand Networks, Inc. ("BigBand") does not have a corporate parent; and (2) no public company owns 10% or more of BigBand stock.

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: November 21, 2007

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By: ___/s/ Joni Ostler___
      Joni Ostler

650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
E-mail: jostler@wsgr.com

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I, Rosemarie Dean, declare:

I am employed in Santa Clara County, State of California. I am over the age of 18 years and not a party to the within action. My business address is Wilson Sonsini Goodrich & Rosati, 650 Page Mill Road, Palo Alto, California 94304-1050.

On this date, I served:

**DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (F.R.Civ.P.7.1) (N.D.I.R. 3-16)**

☒ By e-mail transmission on that date. This document was transmitted via e-mail to the following e-mail addresses as set forth below:

Michael C. Tu
Orrick Herrington & Sutcliffe LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017-5855
Telephone: (213) 629-2020
Facsimile: (213) 612-2499
E-mail: mtu@orrick.com

I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and processing of documents for delivery according to instructions indicated above. In the ordinary course of business, documents would be handled accordingly.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Palo Alto, California on November 21, 2007.

_____
Rosemarie Dean