**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking					General Court Number
Clerk								415.522.2000

**December 10, 2007**

**CASE NUMBER:  CV 07-05825 MHP**
**CASE TITLE:  EUGENE L HAMMER-v-BIGBAND NETWORKS INC**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN FRANCISCO** division.

**Honorable SUSAN ILLSTON** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **SI** immediately after

the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 12/10/07

										FOR THE EXECUTIVE COMMITTEE:

										_____
																Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies			Special Projects
Log Book Noted						Entered in Computer 12/10/07 MAB


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel					Transferor CSA